**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-21578-PDR** |
| | § | **(Chapter 13)** |
| **IZZET FUENTES LA ROSA** | § | |
| **YANEXIS HERNANDEZ** | | |
| **AKA YANEXIS HERNANDEZ SKEETE** | | |

**NOTICE OF APPEARANCE ON BEHALF OF LAKEVIEW LOAN SERVICING LLC.**

Please take notice that the undersigned attorney hereby appears as counsel for Lakeview Loan Servicing LLC., pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including, but without limitation: notices and any orders, applications, complaints, demands, hearings, motion, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise served upon the undersigned attorney at the following address:

Bouavone Amphone
TROMBERG, MILLER, MORRIS & PARTNERS, PLLC
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441
Telephone: 561-338-4101
Facsimile: 561-338-4077
BAmphone@tmppllc.com

Respectfully submitted,

*/s/ Bouavone Amphone*
Bouavone Amphone
State Bar No: FBN 20644
BAmphone@tmppllc.com
TROMBERG, MILLER, MORRIS & PARTNERS, PLLC
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441
Phone: 561-338-4101
Fax: 561-338-4077
*Attorney for Lakeview Loan Servicing LLC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the addressees on the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this 9th day of September 2026.

*/s/ Bouavone Amphone*

**BOUAVONE AMPHONE**

**<u>Via Pre-Paid U.S. Mail:</u>**

Izzet Fuentes La Rosa
12025 NW 20th Ct
Miami, FL 33167
Debtor(s)

Yanexis Hernandez
12025 NW 20TH CT
Miami, FL 33167
Debtor(s)

**<u>Via ECF:</u>**

Jose A. Blanco
102 E 49th St
Hialeah, FL 33013
Attorney for Debtor(s)

Nancy K. Neidich
POB 279806
Miramar, FL 33027
Chapter 13 Trustee

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130