**ORDERED in the Southern District of Florida on September 29, 2026.**

Peter D. Russin, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Izzet Fuentes La Rosa
Yanexis Hernandez
Debtors /

Case No.: 26-21578-PDR
Chapter 13

**ORDER GRANTING DEBTORS' EXPEDITED MOTION TO CONTINUE AND EXTEND / IMPOSE THE AUTOMATIC STAY**

This case came on for hearing on September 23, 2026, at 10:00 AM, upon the Debtors' Expedited Motion to Continue and Extend the Automatic Stay (D.E. #11). For the reasons stated orally and in open court, it is ORDERED:

1. The Motion to Continue the Automatic Stay is GRANTED.
2. The Automatic Stay shall continue in effect as to any and all the creditors of the Debtors for the full length of the bankruptcy plan according to 11 U.S.C. § 362(a).
3. All payments held by the Chapter 13 Trustee shall be non-refundable and held in trust for the secured creditors as adequate protection and in trust for priority and administrative creditors.

###

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.