UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Izzet Fuentes La Rosa
Yanexis Hernandez
Debtors /

Case No.: 26-21578-PDR
Chapter 13

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2026, a true and correct copy of the **Motion to Continue the Automatic Stay, Affidavit, Notice of Hearing and the Order Granting the Motion to Continue the Automatic Stay** was served electronically on the following parties:
Electronically: Nancy K. Neidich, Trustee

I further certify that on October 3, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Izzet Fuentes La Rosa, Yanexis Hernandez
12025 NW 20TH CT,
Miami, FL 33167-2036

And to all creditors on the mailing Matrix.

**United States Certified Mail**, Return Receipt Requested, postage prepaid, pursuant to Fed. R. Bankr. P. 9014 and 7004(h), addressed to an officer of each insured depository institution as follows:

**Bank of America, National Association**
Attn: Chief Executive Officer
100 North Tryon Street, Suite 170
Charlotte, NC 28202
**USPS Certified Mail No.: 7012 1640 0000 7797 4849**
*Scheduled creditor name(s) covered: Bank of America*

**Capital One, National Association**
Attn: Chief Executive Officer
1680 Capital One Drive
McLean, VA 22102
**USPS Certified Mail No.: 7012 1640 0000 7797 4832**
*Scheduled creditor name(s) covered: Capital One; Discovercard*

**Citibank, N.A.**
Attn: Chief Executive Officer
5800 South Corporate Place
Sioux Falls, SD 57108
**USPS Certified Mail No.: 7012 1640 0000 7797 4825**
*Scheduled creditor name(s) covered: Citibank; Citibank/The Home Depot; Macy's/DSNB*

**Comenity Capital Bank**
Attn: Chief Executive Officer
12921 South Vista Station Boulevard
Draper, UT 84020
**USPS Certified Mail No.: 7012 1640 0000 7797 4818**
*Scheduled creditor name(s) covered: Comenity/MPRC*

**JPMorgan Chase Bank, National Association**
Attn: Chief Executive Officer
1111 Polaris Parkway
Columbus, OH 43240
**USPS Certified Mail No.: 7012 1640 0000 7797 4801**
*Scheduled creditor name(s) covered: Chase Card Services; JPMorgan Chase Bank, N.A.*

**Manufacturers and Traders Trust Company d/b/a M&T Bank**
Attn: Chief Executive Officer
One M&T Plaza
Buffalo, NY 14203
**USPS Certified Mail No.: 7012 1640 0000 7797 4795**
*Scheduled creditor name(s) covered: M&T Bank*

**Synchrony Bank**
Attn: Chief Executive Officer
170 West Election Road
Draper, UT 84020
**USPS Certified Mail No.: 7012 1640 0000 7797 4788**
*Scheduled creditor name(s) covered: SYNCB/Rooms To Go; Synchrony Bank/Care Credit; Synchrony Bank/JCPenney*

**U.S. Bank National Association**
Attn: Chief Executive Officer
800 Nicollet Mall
Minneapolis, MN 55402
**USPS Certified Mail No.: 7012 1640 0000 7797 4771**
*Scheduled creditor name(s) covered: US Bank/RMS*

Respectfully submitted:
October 3, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com